IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
TONTILLO, CARMEN M

Debtor(s)

CHAPTER 7 CASE

CASE NO. 06-72308 MB

Judge MANUEL BARBOSA

### TRUSTEE'S FINAL REPORT

To: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on 12/06/06. The Trustee was appointed on 12/06/06. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of February 20, 2008 is as follows:

    a.  RECEIPTS (See Exhibit C)                          $         4,133.81
    b.  DISBURSEMENTS (See Exhibit C)                     $            22.56
    c.  NET CASH available for distribution               $         4,111.25
    d.  TRUSTEE/PROFESSIONAL COSTS

    1. Trustee compensation requested (See Exhibit F)  $ 1,033.45
    2. Trustee Expenses (See Exhibit F)  $ 0.00
    3. Compensation requested by attorney or other
     professionals for trustee (See Exhibit F-1)  $ 1,363.00

  c. Illinois Income Tax for Estate (See Exhibit G)  $ 0.00

5. The Bar Date for filing unsecured claims expired on.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

  a. Allowed unpaid secured claims  $ 0.00

  b. Chapter 7 Administrative and
   28 U.S.C. §1930 claims  $ 2,396.45

  c. Allowed Chapter 11 Administrative Claims  $ 0.00

  d. Allowed priority claims  $ 0.00

  e. Allowed unsecured claims  $ 363,940.58

  f. Surplus return to debtor  $ 0.00

7. Trustee proposes that unsecured creditors receive a distribution of 0.47% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $1,363.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,363.00.

9. A fee of $2,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:  February 20, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
TONTILLO, CARMEN M

CASE NO. 06-72308 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, STEPHEN G. BALSLEY, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,396.45 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 1,714.80 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 4,111.25 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $2,396.45 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 1,033.45 | 1,033.45 |
| | Stephen G. Balsley, Attorney for Trustee | 1,363.00 | 1,363.00 |
| | TOTAL | $ | 2,396.45 |

d. $1,714.80 for general unsecured creditors who have filed claims allowed in the total amount of $363,940.58, yielding a dividend of 0.47%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $363,940.58 | 0.47% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 2 | GE Money Bank, d/b/a Meijers | 818.82 | 3.87 |
| 3 | Sallie Mae Education Trust | 433.84 | 2.04 |
| 4 | Kohls/Chase Bank USA, N.A. | 554.94 | 2.61 |
| 5 | United States Department of Education | 515.51 | 2.43 |
| 6 | US Bank, N.A. | 2,638.35 | 12.43 |
| 7 | Wells Fargo Bank, N.A. | 293,470.69 | 1,382.76 |
| 8 | Advance Restaurant Finance, LLC | 65,508.43 | 308.66 |
| | TOTAL | $ | 1,714.80 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Priority | 1 | Advance Restaurant Finance, LLC c/o Attorney Angela A. Velen 2625 Townsgate Road, Suite 330 Westlake Village, CA 91361 | $ 65,508.43 | Disallowed – Amended by Claim #8 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  February 20, 2008         /s/Stephen G. Balsley
                                   STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 1,033.45 | $ 1,033.45 |
| Stephen G. Balsley, Attorney for Trustee E | $ 0.00 | $ 1,363.00 | $ 1,363.00 |
| TOTALS | $ 0.00 | $ 2,396.45 | $ 2,396.45 |

## EXHIBIT A

## TASKS PERFORMRED

## CARMEN M. TONTILLO
## CHAPTER 7 BANKRUPTCY CASE NO. 06-72308

---

The only asset which the Trustee recovered in this case was an income tax refund of the Debtor of $4,115.00. The Trustee also retained special counsel to pursue recovery of a counterclaim against Brian Knight on a contingency fee basis. After over one year of pretrial proceedings, special counsel determined that the value of the counterclaim against Brian Knight had insufficient value to justify pursuing the matter. The Trustee, therefore, sent a Notice of abandonment of the asset.

The Trustee has determined that no income tax return is required for this bankruptcy estate. The Trustee has reviewed the claims and objected to Claim #1 filed improperly as a priority claim. The claim was allowed as amended as an unsecured general claim by Court Order of February 25, 2008.

SGB:vcg

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**EXHIBIT B**

Page: 1

**Case Number:** 06-72308 MB
**Case Name:** TONTILLO, CARMEN M

**Trustee:** (330410)  STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 12/06/06 (f)
**§341(a) Meeting Date:** 01/11/07

**Period Ending:** 02/20/08
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10963 Greywall Lane, Huntley, IL | 365,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account | 150.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, CD's | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wedding ring | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Creative Memories | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | TRS Pension | 24,150.00 | 0.00 | DA | 0.00 | FA |
| 10 | 403B Pension | 12,498.00 | 0.00 | DA | 0.00 | FA |
| 11 | Lawsuit pending against Brian Knight | Unknown | 0.00 | OA | 0.00 | FA |
| 12 | 2001 Ford Taurus | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | One-half interest in income tax refund (u) | 4,115.00 | 0.00 | | 4,115.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 18.81 | FA |
| 14 | Assets   Totals (Excluding unknown values) | $412,763.00 | $0.00 | | $4,133.81 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 02/20/2008 09:30 AM   V.10.03

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 06-72308 MB
**Case Name:** TONTILLO, CARMEN M

**Period Ending:** 02/20/08

**Trustee:** (330410)   STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 12/06/06 (f)
**§341(a) Meeting Date:** 01/11/07
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** December 31, 2007        **Current Projected Date Of Final Report (TFR):** February 20, 2008 (Actual)



EXHIBIT C

Page: 1

## Form 2
## Cash Receipts And Disbursements Record

Case Number: 06-72308 MB
Case Name: TONTILLO, CARMEN M

Taxpayer ID #: 13-7567194
Period Ending: 02/20/08

Trustee: STEPHEN G. BALSLEY (330410)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****13-65 - Money Market Account
Blanket Bond: $1,500,000.00  (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/16/07 | {13} | Carmen M. Tontillo | One-half interest in income tax refund | 1224-000 | 4,115.00 | | 4,115.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.02 | | 4,116.02 |
| 06/05/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2007 FOR CASE #06-72308, Bond No. 016018067 | 2300-000 | | 22.56 | 4,093.46 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.11 | | 4,095.57 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.33 | | 4,097.90 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.26 | | 4,100.16 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.04 | | 4,102.20 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.40 | | 4,104.60 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.13 | | 4,106.73 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.09 | | 4,108.82 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.87 | | 4,110.69 |
| 02/20/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.3000% | 1270-000 | 0.56 | | 4,111.25 |
| 02/20/08 | | To Account #*********1366 | Transfer funds from MMA to checking account | 9999-000 | | 4,111.25 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 4,133.81 | 4,133.81 | $0.00 |
| Less: Bank Transfers | | 0.00 | 4,111.25 | |
| Subtotal | | 4,133.81 | 22.56 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $4,133.81 | $22.56 | |

{} Asset reference(s)    !-Not printed or not transmitted

Printed: 02/20/2008 09:30 AM   V.10.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-72308 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | TONTILLO, CARMEN M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****13-66 - Checking Account |
| Taxpayer ID #: | 13-7567194 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 02/20/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/08 | | From Account #********1365 | Transfer funds from MMA to checking account | 9999-000 ! | 4,111.25 | | 4,111.25 |
| | | | **ACCOUNT TOTALS** | | 4,111.25 | 0.00 | $4,111.25 |
| | | | Less: Bank Transfers | | 4,111.25 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****13-65 | 4,133.81 | 22.56 | 0.00 |
| Checking # ***-*****13-66 | 0.00 | 0.00 | 4,111.25 |
| | $4,133.81 | $22.56 | $4,111.25 |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 02/20/2008 09:30 AM    V.10.03