Case Name: TONTILLO, CARMEN M.
Case No:    06-72308

## <u>CERTIFICATION OF REVIEW</u>

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 3/7/08                    WILLIAM T. NEARY
                                 United States Trustee, Region 11

                        BY:    */s/ Carole J. Ryczek*
                               CAROLE J. RYCZEK
                               Attorney for the U.S. Trustee