IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
TONTILLO, CARMEN M

CASE NO. 06-72308 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-3904

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

   At:  U.S. BANKRUPTCY COURT
        211 South Court Street, Room 115
        Rockford, IL  61101

   on:  **April 2, 2008**
   at:  **9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,033.45 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 1,363.00 | |

4. The Trustee's Final Report shows total:

   a. Receipts                             $    4,133.81

   b. Disbursements                        $       22.56

   c. Net Cash Available for Distribution  $    4,111.25

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $1,714.80, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $363,940.58, resulting in an approximate distribution of 0.47% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:   February 20, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3              User: mreilly               Page 1 of 1                 Date Rcvd: Mar 10, 2008
Case: 06-72308                    Form ID: pdf002             Total Served: 27

The following entities were served by first class mail on Mar 12, 2008.
 db          +Carmen M Tontillo,    10963 Greywall Lane,    Huntley, IL 60142-4072
 aty         +Michael J Davis,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
 aty         +Stephen J Costello,    Costello & Costello,    19 N Western Ave Rt 31,
               Carpentersville, IL 60110-1730
 tr          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11047956   +++Advance Restaurant Finance,    c/o Collection at Law Inc Attn. Angela A,    2625 Townsgate Rd.-#330,
               Westlake Village, CA 91361-5749
11047957    +Advance Restaurant Finance,    c/o Steven J Fink & Assoc,    25 E Washington St., #1233,
               Chicago, IL 60602-1876
11961493    +Advance Restaurant Finance,    % Collection At Law Inc,    31200 Via Colinas    Ste 101,
               Westlake Village, CA 91362-3952
11047958    +Brian Knight,    c/o William J Hurley, III,    350 N LaSalle St.-#900,    Chicago, IL 60610-4736
11047959    +Countrywide Home Loans,    PO Box 10219,    Van Nuys, Ca 91410-0219
11047960    +IDAPP,    21225 Network Pl,    Chicago, Il 60673-0001
11047961    +Il Dept. of Employment sec.,    PO Box 626,    Elgin, Il 60121-0626
11047962    +Kohl's,    P O Box 2983,    Milwaukee, Wi 53201-2983
11186466    +Kohls/Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
11047963    +MBNA,    P O Box 15137,    Wilmington, De 19850-5137
11047964    +Meijer,    PO Box 960003,    Orlando, Fl 32896-0003
11047965    +Nicor Gas,    P O Box 870,    Aurora, Il 60507-0870
11172651    +Recovery Management Systems Corporation,    For GE Money Bank,    dba Meijers,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11047966     Sallie Mae,    P O Box 9500,    Wilkes Barre, Pa 18773-9500
11184333    +Sallie Mae Education Trust,    c/o Sallie Mae Inc,    220 Lasley Avenue,
               Wilkes-Barre, Pa 18706-1430
11047967    +Sysco Food Services-Chicago,    c/o McMahan & Sigunick, Ltd,    216 W Jackson Blvd.-#900,
               Chicago, IL 60606-6924
11047969     U S Dept. of Education,    P O Box 530260,    Atlanta, Ga 30353-0260
11047968   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U S Bank,    PO Box 790408,    St Louis, Mo 63179-0408)
11235847    +US Bank Corp/Retail Payment Solutions,    PO Box 5229,    Cincinnati, Ohio 45201-5229
11221615     United States Department of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
               Greenville, TX 75403-5609
11298868    +Wells Fargo Bank, NA,    c/o James L Wright,    40 Brink St,    Crystal Lake IL 60014-4371
11047970    +Wells Fargo Finance,    219 W Main Street,    Carpentersville, Il 60110-1723
11047971    +Wells Fargo, NA,    MAC N9500-052,    230 W Superior St - #550,    Duluth, MN 55802-4031
The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2008**                        **Signature:**    _Joseph Speetjens_